UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS MARINO,

    Plaintiff

v.

DRUG ENFORCEMENT
ADMINISTRATION (DEA) as a component of
THE DEPARTMENT OF JUSTICE (DOJ),

    Defendant.

Civil Action No. 06-1255

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibits A-XX, which are attachments to the complaint, are in paper form only and are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Respectfully submitted,

/s/ Brian W. Shaughnessy
Brian W. Shaughnessy
DCB No. 89946
913 M Street, NW, Suite 101
Washington, DC 20001
(202) 842-1700

Attorney for Plaintiff