# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CARLOS MARINO** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1255 (RMU) |
| ) | |
| **DRUG ENFORCEMENT ADMINISTRATION** ) | |
| **(DEA) as a component of the** ) | |
| **DEPARTMENT OF JUSTICE (DOJ)** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of John F. Henault, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                                  Respectfully submitted,

                                                  /s/
                                        JOHN F. HENAULT, D.C. Bar # 472590
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Room E4806
                                        Washington, DC 20530
                                        (202) 307-1249