## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARLOS MARINO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1255 (RMU) |
| | ) | |
| DRUG ENFORCEMENT ADMINISTRATION, | ) | |
| as a component of the | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF
### TIME TO FILE A RESPONSE TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Drug Enforcement Administration, as a component of the Department of Justice, through undersigned counsel, respectfully moves this Court to enlarge the time within which it may respond to the complaint from August 14, 2006 to September 14, 2006.

In support of this motion, states the following: Plaintiff filed this action on July 12, 2006 relating to a May 4, 2006 Freedom of Information Act request, which sought documents relating to a specific NADDIS number.   Due to other case-related commitments, counsel for defendant has not yet been able to obtain the information and documents necessary to respond to the complaint.  Thus, the requested extension is necessary to further investigate the facts and circumstances giving rise to this case and to obtain the information necessary for filing defendant's motion for summary judgment.  Defendant has neither sought nor received any prior extensions in this matter.

Pursuant to LCvR 7(m), counsel for defendant consulted with plaintiff concerning this Motion, and plaintiff consents to the requested extension.

August 7, 2006                          Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)