**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARLOS MARINO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>   as a component of the )<br>   DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1255 (RMU) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to Respond to the Complaint and Memorandum in Support Thereof, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of

_____, 2006,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall respond to the Complaint on or before September 14, 2006.

 

_____
Ricardo M. Urbina
United States District Judge

cc:  Counsel of Record via ECF