IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS MARINO ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1255 (RMU) |
| DRUG ENFORCEMENT ADMINISTRATION, ) as a component of the ) DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF
TIME TO FILE A RESPONSE TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Drug Enforcement Administration, as a component of the Department of Justice, through undersigned counsel, respectfully moves this Court to enlarge the time within which it may respond to the complaint by three weeks, from September 14, 2006 to October 5, 2006. This is defendant's second enlargement of its response to the complaint.

In support of this motion, states the following: Plaintiff filed this action on July 12, 2006 relating to a May 4, 2006 Freedom of Information Act request, which sought documents relating to a specific NADDIS number. From September 1, 2006 to September 10, 2006, undersigned counsel was out of the office for a long-planned family vacation. Although counsel anticipated that all of the materials necessary to prepare defendant's dispositive motion in this FOIA case would be delivered upon his return, that was not the case. Additionally, counsel was required to attend a two day mediation in <u>Segar v. Gonzales</u>, No. 77-081, on Monday, September 11 and Tuesday, September 12. Thus, counsel has been unable to prepare for filing a dispositive motion. Although counsel realizes that he could file an answer together with a proposed briefing

schedule on the current due date, such a filing would not advance the issues in this case. Moreover, due to the afore-mentioned commitments, and counsel's attempt to obtain consent for this motion, counsel was unable to file this motion with accordance with this Court's four-day requirements. However, counsel has now obtained plaintiff's consent for this request. Thus, pursuant to LCvR 7(m), plaintiff consents to the requested extension.

September 12, 2006                                    Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)