**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARLOS MARINO,            )<br>                           )<br>    Plaintiff,             )<br>                           )<br>    v.                     )<br>                           )<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>                           )<br>    Defendant.             )<br>_____) | No. 06-1255 (RMU) |

### **ORDER**

This matter comes before the Court on defendant's motion for summary judgment. Upon consideration of the motion, plaintiff's opposition, defendant's reply, applicable law, and the facts in this case, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, this case is dismissed with prejudice. This is a final, appealable Order.

_____
Ricardo M. Urbina
United States District Judge

cc:   Counsel of Record via ECF