IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS MARINO,<br><br>    Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>    Defendant. | CASE NO.: 0-1255 (RMU)<br>Judge Ricardo Urbina |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO SUMMARY JUDGMENT**

COMES NOW plaintiff Carlos Marino, by and through counsel, and moves this Court permit him to file this motion for extension of time in which to file his opposition to summary judgment:

1.  Plaintiff's counsel failed to calendar the time for filing his opposition and did not realize the time for filing had lapsed. Counsel has been engaged in other legal matters involving a trip to Serbia that had occupied his attention.

2.  Plaintiff's counsel has had delays in communicating with Plaintiff because he is in jail in Alabama.

3.  Government counsel was granted two consent extensions within which to file the motion for summary judgment.

4.  Government counsel has consented to this request for an extension.

WHEREFORE, plaintiff requests that his motion for extension of time until December 5, 2006, to file opposition to summary judgment be granted.

        Respectfully submitted,

        _____
        Brian W. Shaughnessy, DCN 89946
        913 M Street, NW, Suite 101
        Washington, DC  20001
        (202) 842-1700

        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this __ day of November 2006, a copy of this motion for a Extension of Time in Opposition to Summary Judgment Order was mailed, first class postage prepaid, to the attorney for defendant:

        John F. Henault
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530

        _____
           Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carlos Marino<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DRUG ENFORCEMENT<br><br>ADMINISTRATION,<br><br>　　　　Defendant. | CASE NO.: 0-1255 (RMU)<br>Judge Ricardo |

## CONSENT ORDER

Upon consideration of plaintiff's Consent Motion for Extension of Time to File Opposition to Summary Judgment and the entire record herein, it is hereby

ORDERED, this ___ day of November, that plaintiff's Motion for Extension of Time until December 5, 2006, to File Opposition to Summary Judgment is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE

Copies to:

| | |
|---|---|
| John F. Henault<br>Assistant United States Attorney<br>Civil Division<br>555 4th St., N.W.<br>Washington, D.C. 20530<br>(202) 307-1249 | Brian W. Shaughnessy,<br>913 M Street, N.W.<br>Suite 101<br>Washington, D.C. 20001<br>(202) 842-1700 |