IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS MARINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION,<br><br>　　　　Defendant. | CASE NO.: 0-1255 (RMU)<br>Judge Ricardo Urbina |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO SUMMARY JUDGMENT**

COMES NOW plaintiff Carlos Marino, by and through counsel, and moves this Court permit him to file this motion for extension of time in which to file his opposition to summary judgment:

1.　Plaintiff has received one prior extension until December 6, 2006

2.　Plaintiff's counsel has had an unexpected amount of legal activity in the past two weeks and has been unable to complete the Opposition

3.　Plaintiff's counsel has had delays in communicating with Plaintiff because he is in jail in Alabama.

4.　Plaintiff would like to put the due date beyond Christmas because of expected delays in communicating with his client.

5.　Government counsel has consented to this request for an extension.

WHEREFORE, plaintiff requests that his motion for extension of time until December 29, 2006, to file opposition to summary judgment be granted.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 6th day of December 2006, a copy of this motion for a Extension of Time in Opposition to Summary Judgment Order was mailed, first class postage prepaid, to the attorney for defendant:

    John F. Henault
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530

_____
      Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carlos Marino<br><br>    Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT<br><br>ADMINISTRATION,<br><br>    Defendant. | CASE NO.: 0-1255 (RMU)<br>Judge Ricardo Urbina |

## CONSENT ORDER

Upon consideration of plaintiff's Consent Motion for Extension of Time to File Opposition to Summary Judgment, defendant's consent and the entire record herein, it is hereby

ORDERED, this ___ day of December, that plaintiff's Motion for Extension of Time until December 29, 2006, to File Opposition to Summary Judgment is GRANTED.

                        _____
                        JUDGE

Copies to:

| | |
|---|---|
| John F. Henault<br>Assistant United States Attorney<br>Civil Division<br>555 4th St., N.W.<br>Washington, D.C. 20530<br>(202) 307-1249 | Brian W. Shaughnessy,<br>913 M Street, N.W.<br>Suite 101<br>Washington, D.C. 20001<br>(202) 842-1700 |