IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS MARINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION,<br><br>　　　　Defendant. | CASE NO.: 0-1255 (RMU)<br>Judge Ricardo Urbina |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO SUMMARY JUDGMENT**

COMES NOW plaintiff Carlos Marino, by and through counsel, and moves this Court for extension of time in which to file his opposition to summary judgment:

1.　Plaintiff's Opposition is due on December 29, 2006.

2.　Plaintiff's counsel has had an unexpected amount of legal activity in the past two weeks and has been unable to complete the Opposition. Counsel has also had various family activities during the Chriutmas jperiod that have cut into his time to prepare this Oppositioin.

3.　Plaintiff's counsel has had delays in communicating with Plaintiff because he is in jail in Alabama..

4.　Government counsel has consented to this request for a ten day extension.

WHEREFORE, plaintiff requests that his motion for extension of time until January 8, 2007, to file opposition to summary judgment be granted.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December 2006, a copy of this motion for a Extension of Time in Opposition to Summary Judgment Order was mailed, first class postage prepaid, to the attorney for defendant:

John F. Henault
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

_____
Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carlos Marino<br><br>                Plaintiff,<br>v.<br><br>DRUG ENFORCEMENT<br><br>ADMINISTRATION,<br><br>                Defendant. | CASE NO.: 0-1255 (RMU)<br>Judge Ricardo Urbina |

## CONSENT ORDER

Upon consideration of plaintiff's Consent Motion for Extension of Time to File Opposition to Summary Judgment, defendant's consent and the entire record herein, it is hereby

ORDERED, this ___ day of December, that plaintiff's Motion for Extension of Time until January 8, 2007, to File Opposition to Summary Judgment is GRANTED.

 

_____
JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-1249

Brian W. Shaughnessy,
913 M Street, N.W.
Suite 101
Washington, D.C. 20001
(202) 842-1700