IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS MARINO,<br><br>Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>Defendant. | CASE NO.: 0-1255 (RMU)<br>Judge Ricardo Urbina |

**MOTION AND MEMORANDUM FOR RECONSIDERATION OF GRANT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW plaintiff Carlos Marino, by and through counsel, and moves this Court to reconsider the grant of summary judgment entered on March 16, 2007 and permit him to file his Oppostion to Summary Judgment and Cross Motion for Summary Judgment for the following reasons:

1. Plaintiff has received one prior extension until December 6, 2006

2. Plaintiff's counsel had intended to file his Opposition and Cross Motion, but the draft became lost in his office. Plaintiff is incarcerated so he was unable to help prepare or locate it.

3. Plaintiff's counsel has had delays in communicating with Plaintiff because he is in jail in Alabama.

4. Plaintiff's counsel was not sure wqhat to do and put off filing because of that

     5.     Plaintiff counsel requests that the Court not penalize plaintiff for his counsel's regrettable error.

WHEREFORE, plaintiff requests that his motion to reconsider be granted.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 27, 2007, a copy of this motion was mailed, first class postage prepaid, to the attorney for defendant:

John F. Henault
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

_____
Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carlos Marino<br><br>        Plaintiff,<br>v.<br><br>DRUG ENFORCEMENT<br><br>ADMINISTRATION,<br><br>        Defendant. | **CASE NO.: 0-1255 (RMU)**<br>**Judge Ricardo Urbina** |

## ORDER

Upon consideration of plaintiff's Motion to Reconsider and the entire record herein, it is hereby

ORDERED, this ___ day of March 2007, that plaintiff's Motion to Reconsider is GRANTED.

_____
JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-1249

Brian W. Shaughnessy,
913 M Street, N.W.
Suite 101
Washington, D.C. 20001
(202) 842-1700