## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLOS MARINO,** | |
| **Plaintiff,** | |
| **v.** | **CASE NO.: 05-1255 (RMU)** |
| **DRUG ENFORCEMENT ADMINISTRATION,** | **Judge Ricardo Urbina** |
| **Defendant.** | |

## MOTION FOR LEAVE TO FILE OUT OF TIME

COMES NOW plaintiff Carlos Marino, by and through counsel, and moves this Court permit him to file his Opposition to Summary Judgment and his Cross-Motion for Summary Judgment, time having expired.

1.      Plaintiff's counsel has filed a Motion to Reconsider the grant of Summary Judgment to the Government in this case.

2.      Plaintiff's Opposition and Motion for Summary Judgment, attached hereto have merit and should have been considered, but for the error of counsel.

3.      Plaintiff requests that the Court consider the underlying merits of his Opposition and Cross Motion when considering his previously filed Motion to Reconsider.

WHEREFORE, plaintiff requests that his motion to file time having expired be granted.

Respectfully submitted,


_____/s/_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>


      I HEREBY CERTIFY that on this 28th day of March 2007, a copy of this motion was mailed, first class postage prepaid, to the attorney for defendant:


      John F. Henault
      Assistant United States Attorney
      Civil Division
      555 4th Street, N.W.
      Washington, D.C. 20530


_____
      Brian W. Shaughnessy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Carlos Marino**<br><br>        **Plaintiff,**<br>   **v.**<br><br>**DRUG ENFORCEMENT**<br><br>**ADMINISTRATION,**<br><br>        **Defendant.** | **CASE NO.: 0-1255 (RMU)**<br>**Judge Ricardo Urbina** |

### ORDER

Upon consideration of plaintiff's Motion to File Time having Expired his

Opposition to Summary Judgment and his Cross Motion for Summary Judgment, and the

entire record herein, it is hereby

ORDERED, this ___ day of March 2007, that plaintiff's Motion to File Time

Having Expired is GRANTED.

_____
           JUDGE

Copies to:

| | |
|---|---|
| John F. Henault<br>Assistant United States Attorney<br>Civil Division<br>555 4th St., N.W.<br>Washington, D.C. 20530<br>(202) 307-1249 | Brian W. Shaughnessy,<br>913 M Street, N.W.<br>Suite 101<br>Washington, D.C.  20001<br>(202) 842-1700 |