IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS MARINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION,<br><br>　　　　Defendant. | CASE NO.: 06-1255 (RMU)<br>Judge Ricardo Urbina |

**MOTION AND MEMORANDUM FOR RECONSIDERATION OF GRANT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW plaintiff Carlos Marino, by and through counsel, and moves this Court to reconsider the grant of summary judgment entered on March 16, 2007 and permit him to file his Opposition to Summary Judgment and Cross Motion for Summary Judgment for the following reasons:

1.　Plaintiff has received one prior extension until December 6, 2006

2.　Plaintiff's counsel had intended to file his Opposition and Cross Motion, but the draft became lost in his office. Plaintiff is incarcerated so he was unable to help prepare or locate it.

3.　Plaintiff's counsel has had delays in communicating with Plaintiff because he is in jail in Alabama.

4.　Plaintiff's counsel was not sure what to do and put off filing because of that

5. Plaintiff counsel requests that the Court not penalize plaintiff for his counsel's regrettable error.

6. This motion was originally filed on March 27, but counsel was informed that the wrong case number was placed on it.

WHEREFORE, plaintiff requests that his motion to reconsider be granted.

Respectfully submitted,

_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of April 2 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA John F Henault, 555 Fourth Street, NW, Washington, DC  20001.

_____/s/_____
Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carlos Marino<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT<br><br>ADMINISTRATION,<br><br>　　　　　Defendant. | CASE NO.: 0-1255 (RMU)<br>Judge Ricardo Urbina |

### ORDER

Upon consideration of plaintiff's Motion to Reconsider and the entire record herein, it is hereby

ORDERED, this ___ day of April 2007, that plaintiff's Motion to Reconsider is GRANTED.

                                                                                         _____
                                                                                         JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-1249

Brian W. Shaughnessy,
913 M Street, N.W.
Suite 101
Washington, D.C. 20001
(202) 842-1700