IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS MARINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>　　　　　Defendant. | CASE NO.: 06-1255 (RMU)<br>Judge Ricardo Urbina |

## MOTION FOR LEAVE TO FILE OUT OF TIME

COMES NOW plaintiff Carlos Marino, by and through counsel, and moves this Court permit him to file his Opposition to Summary Judgment and his Cross-Motion for Summary Judgment, time having expired.

1.　Plaintiff's counsel has filed a Motion to Reconsider the grant of Summary Judgment to the Government in this case.

2.　Plaintiff's Opposition and Motion for Summary Judgment, attached hereto have merit and should have been considered, but for the error of counsel.

3.　Plaintiff requests that the Court consider the underlying merits of his Opposition and Cross Motion when considering his previously filed Motion to Reconsider.

4.　This motion was originally filed on March 27, but counsel was informed that the wrong case number was placed on it. It was modified on April 3, 2007, but Deputy Clerk Nicole Wilkens said it was not filed properly and should be refilled.

WHEREFORE, plaintiff requests that his motion to file time having expired be granted.

Respectfully submitted,

_____/s/_____
Brian W. Shaughnessy, DCN 89946
913 M Street, NW, Suite 101
Washington, DC  20001
(202) 842-1700
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of April 2007, I caused a copy of the foregoing pleading to be sent via the Court's electronic filing system to AUSA John F Henault, 555 Fourth Street, NW, Washington, DC  20001.

_____/s/_____
Brian W. Shaughnessy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Carlos Marino**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**DRUG ENFORCEMENT**<br><br>**ADMINISTRATION,**<br><br>　　　　**Defendant.** | **CASE NO.: 0-1255 (RMU)**<br>**Judge Ricardo Urbina** |

## ORDER

Upon consideration of plaintiff's Motion to File Time having Expired his Opposition to Summary Judgment and his Cross Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED, this ___ day of April 2007, that plaintiff's Motion to File Time Having Expired is GRANTED.

_____
JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-1249

Brian W. Shaughnessy,
913 M Street, N.W.
Suite 101
Washington, D.C. 20001
(202) 842-1700