**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CARLOS MARINO,            )<br>                           )<br>    Plaintiff,           )<br>                           )<br>    v.                     )<br>                           )<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>    as a component of the  )<br>    DEPARTMENT OF JUSTICE, )<br>                           )<br>    Defendant.             )<br>_____) | Civil Action No. 06-1255 (RMU) |

**ORDER**

This matter comes before the Court on plaintiff's motion for reconsideration and motion for leave to file an opposition out of time. Upon consideration of the relevant pleadings, record herein, and applicable law, it is this_____ day of _____, 2007,

ORDERED, that plaintiff's motions be, and hereby are, DENIED

_____
Ricardo M. Urbina
United States District Judge

cc:    Counsel of Record via ECF