```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

CARLOS MARINO,                )
                              )
         Plaintiff,           )
                              )
     v.                       ) Civil Action No. 06-1255 (RMU)
                              )
DRUG ENFORCEMENT              )
  ADMINISTRATION,             )
                              )
         Defendant.           )
                              )
```

ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Fred E. Haynes as an attorney for defendant, the Drug Enforcement Administration.

```
                          /s/
                  FRED E. HAYNES, DC Bar #165654
                  Assistant United States Attorney
                  555 4th Street, N.W., Room E-4110
                  Washington, D.C. 20530
                  202.514.7201
```