UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS MARINO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DRUG ENFORCEMENT ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-1255 (GK) |

## ORDER

Deceased Plaintiff Carlos Marino filed this action against the United States Drug Enforcement Administration under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking documents related to a Government cooperator who testified at his criminal trial.

This matter is presently before the Court on Griselle Marino's Motion to Substitute [Dkt. No. 77]. Upon consideration of the Motion, Opposition, and Reply, and the entire record herein, and for the reasons set forth in the accompanying sealed Memorandum Opinion, it is hereby

**ORDERED**, that Griselle Marino's Motion to Substitute is **granted**.

December 5, 2013

Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF